McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO.  CR F 01-5137 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR DESTRUCTION OF |
| | ) FIREARM EVIDENCE |
| DAVID MARIN | ) |
| Defendant. | ) |

Having read and considered the government's request,

IT IS HEREBY ORDERED THAT the Drug Enforcement Administration destroy the following firearm seized during the investigation underlying this matter:

| DEA Exhibit | Description of Firearm | Serial Number |
|---|---|---|
| N-3 | COLT .38 PISTOL | 686044 |

IT IS SO ORDERED.

**Dated:   April 24, 2007**              **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE